SC-130

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101

SMALL CLAIMS CASE NO: 37-2021-00009531-SC-SC-CTL

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos. |
|---|---|

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):

Agustin Munoz Perez
1245 Market Street #Unit 1319
San Diego, CA 92101
Telephone No:

DEFENDANT/DEMANDADO*- (Name, street address, and telephone number of each):

East Village West LP
Market Street
San Diego, CA 92101
Telephone No:

Royal Property Mangement Group
17150 Via Del Campo #Suite 307
San Diego, CA 92127

[X] See attached sheet for additional plantiffs and defendants:

NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05/06/2021

1. [ ] Defendant (name, if more than one) :
   shall pay plaintiff (name, if more than one) :
      principal and:       costs on plaintiff's claim.

2. [X] Defendant does not owe plaintiff any money on plaintiff's claim.

3. [ ] Plaintiff (name, if more than one ) :
   shall pay defendant (name, if more than one) :
      principal and :       costs on defendant's claim.

4. [ ] Plaintiff does not owe defendant any money on defendant's claim.

5. [ ] Possession of the following property is awarded to plaintiff (describe property) :

6. [ ] Payments are to be made at the rate of : $:       per ( specify period) :       , beginning on (date) :
   and on the ( specify day ) :       day of each month thereafter until paid in full. If any payment is missed , the entire balance may become due immediately.

7. [ ] Dismissed in court   [ ] with prejudice   [ ] without prejudice.

8. [ ] Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.

9. [ ] Other ( specify ) :

10. [ ] This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid , the judgment creditor may apply to have the judgment debtor's driver's license suspended.

11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.

12. [ ] This notice was personally delivered to ( insert name and date ) :

13. CLERK'S CERTIFICATE OF MAILING - I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below .

Place of mailing : San Diego , California

Date of mailing : 05/10/2021        Clerk, by  J. Babaran        ,Deputy

— The county provides Small Claims Advisor services free of charge. Read the information sheet on the reverse.—

Page 1 of 2

Form Adopted for Alternative Mandatory Use
Judicial Council of California
SC-130 [Rev. July 1, 2010]

**NOTICE OF ENTRY OF JUDGMENT**
( Small Claims )

Code of Civil Procedure, § 116.610
www.courts.ca.gov

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):

DEFENDANT/DEMANDADO*- (Name, street address, and telephone number of each):

Kierra Gilbert
1245 Market Street
San Diego, CA 92101